IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GINA MARINO-KALISH,

        Plaintiff,

vs.                          No.: 23 CV 2991

MENARD, INC., d/b/a MENARDS, a
Wisconsin, corporation,

        Defendant.

**PLAINTIFF'S REPLY TO DEFENDANT, LYFT, INC.'S AFFIRMATIVE DEFENSE[S]**

    **NOW COMES** the Plaintiff, by and through Plaintiff's attorneys, SHUMAN LEGAL, and in reply to Defendant, MENARD, INC. d/b/a MENARDS, Affirmative Defense[s], state as follows:

**First Affirmative Defense**

**Contributory Negligence**

1. Plaintiff admits the allegations of Paragraph One of Defendant's First Affirmative Defense.

2. Plaintiff admits the allegations of Paragraph Two of Defendant's First Affirmative Defense.

3. Plaintiff admits only those duties as set forth by the laws of the State of Illinois and denies the allegations of Paragraph One of Defendant's First Affirmative Defense insofar as they are plead inconsistently therewith.

4. Plaintiff denies the allegations of Paragraph Four of Defendant's First Affirmative Defense together with Sub-Paragraphs (a) through (c), thereof.

5. Plaintiff denies the allegations of Paragraph Five of Defendant's First Affirmative Defense.

**WHEREFORE**, the Plaintiff, GINA MARINO-KALISH, prays for judgment as requested in Plaintiff's Complaint at Law.

                                  Respectfully submitted,

                                  SHUMAN LEGAL

By: _____
                      Attorneys for Plaintiff

Christine S. Kim
SHUMAN LEGAL
In Your Favor.
Attorneys for the Plaintiff
105 West Adams Street, 28th Floor
Chicago, Illinois 60603
(312) 422-0700
(312) 422-0767 (Fax)
courtnotices@shumanlegal.com
ckim@shumanlegal.com