**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GINA MARINO-KALISH, | |
| Plaintiff, | Case No. 1:23-cv-02991 |
| v. | Honorable John Robert Blakey |
| MENARD, INC. d/b/a MENARDS, a Wisconsin corporation. | Honorable Beth W. Jantz Magistrate Judge |
| Defendant. | |

**NOTICE OF MOTION**

To: Donovan S. Fechner
Kevin A. Halverson
Shuman Legal
105 West Adams Street
28th Floor
Chicago, IL 60603
dfechner@shumanlegal.com
khalverson@shumanlegal.com

**PLEASE TAKE NOTICE** that on March 6, 2024 at 11:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his or her stead in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto:

**MOTION TO COMPEL PLAINTIFF'S ORAL DEPOSITION**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I provided service to the person or persons listed above by the following means: CM/ECF.

*/s/ Joseph S. Davidson*

W. Anthony Andrews
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com