IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINA MARINO-KALISH,<br><br>                                    Plaintiff,<br><br>v.<br><br>MENARD, INC. d/b/a MENARDS, a Wisconsin corporation,<br><br>                                    Defendant. | Case No. 1:23-cv-02991<br><br>Honorable John Robert Blakey<br><br>Honorable Beth W. Jantz<br>Magistrate Judge |

## STATUS REPORT

      Defendant, MENARD, INC. d/b/a MENARDS, a Wisconsin corporation, hereby withdraws its Motion to Compel Plaintiff's Oral Deposition, filed herein on February 28, 2024 [Doc. #23]. On March 5, 2024 at 2:41 PM, Plaintiff's counsel provided Defense counsel with Plaintiff's deposition availability, and her deposition shall take place on March 27, 2024 at 1:30 PM.

| | |
|---|---|
| DATED: March 5, 2024 | Respectfully submitted,<br><br>**MENARD, INC. d/b/a MENARDS, a Wisconsin corporation**<br><br>By: */s/ Joseph S. Davidson*<br><br>W. Anthony Andrews<br>Joseph S. Davidson<br>Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.<br>1804 N. Naper Blvd., Suite 350<br>Naperville, IL 60563<br>(630) 682-0085<br>wandrews@ottosenlaw.com<br>jdavidson@ottosenlaw.com |

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                */s/ Joseph S. Davidson*