## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Gina Marino−Kalish
                           Plaintiff,

v.                                             Case No.: 1:23−cv−02991
                                                        Honorable John Robert Blakey

Menard, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion for extension of time [28] and strikes the 6/5/2024 Notice of Motion date. The Court sets a revised fact discovery deadline of 7/3/24 as to all fact discovery. The parties shall file an updated status report by 7/14/24 confirming that fact discovery is complete and indicating definitively whether either party will need expert discovery or seek summary judgment. Plaintiff shall make a formal, written demand by 7/7/24, Defendant shall respond in writing by 7/12/24, and the parties shall confirm compliance in their 7/14/24 status report. If at any time the parties agree that a settlement conference with the assigned Magistrate Judge could be helpful, they should call chambers to so advise, and the Court will enter an appropriate referral order. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.