# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Gina Marino−Kalish

        Plaintiff,

v.                                    Case No.: 1:23−cv−02991

                                        Honorable John Robert Blakey

Menard, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 26, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion to extend time [32], over objection, strikes the 7/31/24 Notice of Motion date, and orders the parties to complete discovery by 8/23/24. The Court will not extend this deadline for Plaintiff again absent a proper showing. The parties shall file an updated status report by 8/30/24, confirming that fact discovery is complete and indicating definitively whether either party will need expert discovery or seek summary judgment. If she has not already done so, Plaintiff shall make a formal, written demand by 8/20/24, Defendant shall respond in writing by 8/26/24, and the parties shall confirm compliance in their 8/30/24 status report. If at any time the parties agree that a settlement conference with the assigned Magistrate Judge could be helpful, they should call chambers to so advise, and the Court will enter an appropriate referral order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.